# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONYA HARRISON, : | |
| : | |
| *Plaintiff*, : | Civil Action No.: 2:24-cv-00003 |
| : | |
| v. : | |
| : | |
| ECKERD YOUTH ALTERNATIVES, INC., : | |
| : | |
| *Defendant*. : | |

## ORDER

AND NOW, this 19th day of February, 2025, upon consideration of the STIPULATION OF DISMISSAL WITH PREJUDICE, it is hereby ORDERED that Parties' Stipulation of Dismissal With Prejudice is GRANTED. The case is dismissed with prejudice and each party will bear its own costs. The Clerk shall mark this case CLOSED.

BY THE COURT,

_____ J.
Honorable Marilyn J. Horan